IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUSTAFA K. EL-MIN,

        Petitioner,                  No. CIV-S-10-1038 KJM P

    vs.

B. IVES,

        Respondent.              <u>ORDER</u>

_____ /

        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1         2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2    pauperis form used by this district.
3    DATED:  May 11, 2010.

_____
U.S. MAGISTRATE JUDGE

6    /kly
     elmi1038.101a

2