IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUSTAFA K. EL-MIN,

    Petitioner,               No. 2:10-cv-1038 GGH P

    vs.

B. IVES,                          <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This case is before the undersigned pursuant to both parties' consent. Docs. 3, 9. This case was recently reassigned to the undersigned on July 2, 2012; however, after reviewing the filings, this action appears moot.

        Petitioner filed this petition seeking placement in a Residential Re-entry Center, as it seems his request to be transferred was denied by prison officials. Yet, it appears petitioner was released from custody on March 23, 2012, therefore the court cannot provide the relief petitioner seeks. Within 14 days petitioner shall show cause why this case should not be dismissed as moot.

\\\\\

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause within
2 14 days why this case should not be dismissed as moot as petitioner has been released from
3 custody.
4 DATED: July 3, 2012

/s/ Gregory G. Hollows
5 UNITED STATES MAGISTRATE JUDGE

6 GGH: AB
elmin1038.osc