IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUSTAFA K. EL-MIN,

    Petitioner,             No. 2:10-cv-1038 GGH P

    vs.

B. IVES,                              <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This case is before the undersigned pursuant to both parties' consent. Docs. 3, 9. This case was reassigned to the undersigned on July 2, 2012.

        Petitioner filed this petition seeking placement in a Residential Re-entry Center, as it seems his request to be transferred was denied by prison officials. Yet, it appears that petitioner was released from custody on March 23, 2012, therefore the court cannot provide the relief petitioner seeks. On July 3, 2012, the court ordered petitioner to show cause within 14 days why this case should not be dismissed as moot. That time has passed and petitioner has not responded. The court notes that mail sent to petitioner has been returned to the court as

\\\\\

\\\\\

1 | undeliverable, yet it is petitioner's responsibility to keep the court apprised of his address.
2 | Therefore this case is dismissed as moot and for failure to follow court orders.
3 |       Accordingly, IT IS HEREBY ORDERED that the case is dismissed and closed.
4 | DATED: August 14, 2012
5 |       /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

GGH: AB
elmin1038.dis